UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CEDRIC BISHOP,
*for himself and on behalf of all other persons
similarly situated,*

                              Plaintiff,

    -against-

AP & SS RESTAURANT GROUP LLC,

                              Defendant.
------------------------------------- x

<u>ORDER</u>

20 Civ. 401 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

    The initial conference scheduled for July 8, 2020 at 9:30 am is canceled.

Dated: April 20, 2020
       New York, New York

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      United States District Judge